**Petitions for Writ of Mandamus Dismissed and Memorandum Opinion filed September 10, 2019.**



In The

# Fourteenth Court of Appeals

### NOS. 14-19-00655-CR and 14-19-00656-CR

### IN RE CHAD ERIC LANE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 930900 and 931326**

## MEMORANDUM OPINION

On August 27, 2019, relator Chad Eric Lane filed petitions for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petitions, relator asks this court to compel the Houston Police Department to furnish relator with a copy of the police reports in Cause Nos. 930900 and 931326.

This court's mandamus jurisdiction is governed by section 22.221 of the Government Code. A court of appeals may issue writs of mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. Tex. Gov't Code Ann. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals's jurisdiction. *Id*. § 22.221(a).

The Houston Police Department is not among the parties specified in section 22.221(b). Relator also has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. *See id*. § 22.221(a). Therefore, we lack jurisdiction to issue a writ of mandamus against the Houston Police Department in these cases.

Accordingly, we dismiss relator's petitions for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).